UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLINTON PARKER & MINH PARKER, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | CASE NO.: 2:19-CV-02033-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## I.  STIPULATION

The parties, by and through their undersigned attorneys of record, stipulate that all claims asserted herein, by and between them, have been resolved and settled satisfactorily and that all claims in this action in their entirety should be dismissed with prejudice and without costs to any party.

STIPULATED this 14th day of May 2020, by:

///

///

STIPULATION AND ORDER FOR DISMISSAL - 1
2:19-CV-02033-RSL

LEVY | VON BECK | COMSTOCK | P.S.

1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444

| | |
|---|---|
| LEVY \| VON BECK \| COMSTOCK \| P.S. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| *s/ Dave von Beck* | *s/ Gregory S. Worden* |
| Dave von Beck, WSBA No. 26166 | Gregory S. Worden, WSBA No. 24262 |
| Christian J. Lawler, WSBA No. 54033 | Sarah D. Macklin, WSBA No. 49624 |
| 1200 Fifth Avenue, Suite 1850 | 1111 Third Avenue, Suite 2700 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| T/F: 206.626.5444 | T: 206.436.2020 |
| dmvonbeck@levy-law.com | gregory.worden@lewisbrisbois.com |
| christian@evy-law.com | sarah.macklin@lewisbrisbois.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant State Farm Property & Casualty Insurance Company* |

## ORDER

Pursuant to the foregoing stipulation,

    IT IS SO ORDERED that this action be dismissed with prejudice and without costs to any party.

Dated this 15th day of May, 2020.

*[signature]*
Honorable Robert S. Lasnik

STIPULATION AND ORDER FOR DISMISSAL - 2
2:19-CV-02033-RSL

LEVY | VON BECK | COMSTOCK | P.S.
1200 Fifth Ave., Suite 1850
Seattle, Washington 98101
Main/Fax: 206-626-5444